**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | Case No.: 06 B 06371 |
| Mark J. Hurt Sr. | |
| Anita Hurt | Chapter: 13 |
| Debtor(s) | Judge Susan Pierson Sonderby |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 200 South Michigan, Suite 1300, Chicago, IL 60604
Mark J. Hurt Sr., Anita Hurt, Debtor(s), 528 E. 115th Street, Chicago, IL 60628
David M. Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090

You are hereby notified that AMERICA'S SERVICING COMPANY AS SERVICER FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR BNC MORTGAGE, INC. AND/OR ITS SUCCESSORS has made post-petition advances of $700.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to AMERICA'S SERVICING COMPANY AS SERVICER FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR BNC MORTGAGE, INC. AND/OR ITS SUCCESSORS for the contractual mortgage payment due 09/01/2009. On 02/03/2010 when the Trustee File the Notice of Payment of Final Mortgage Cure the Debtor owed for the 09/01/2009 through 02/01/2010 post-petition mortgage payments, with the 03/01/2010 coming due. The current mortgage payment amount due each month is $998.32 . As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any oustanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 03/26/2010, AMERICA'S SERVICING COMPANY AS SERVICER FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR BNC MORTGAGE, INC. AND/OR ITS SUCCESSORS's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on February 24, 2010.

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-05-F534)**
NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.